IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM SELTZER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0280-CG-M |
| | ) |
| **CHARLES MCKNIGHT, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 23rd day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE